THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB LEVY, Defendant.

HENRY KNOCH, Appellant.

*People* v. *Levy,* 169 App. Div. 571, appeal dismissed.
(Submitted February 21, 1916; decided March 7, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1915, which reversed an order of Special Term granting a motion to remit a forfeiture of bail, to vacate a judgment entered thereon and to direct repayment of the amount thereof to the surety. The defendant was arrested on the charge of picking a pocket and the sum of $1,000 was fixed as bail for his appearance for examination, and was deposited, and the case was thereafter adjourned for hearing, but the defendant did not appear on the adjourned day and thereupon the recognizance was forfeited. The defendant, however, was

surrendered and appeared, and after a full hearing and trial on the merits, the complaint was dismissed and the defendant was discharged.

*Elias Rosenthal* for appellant.

*Edward Swann,·District Attorney* (*Robert S. Johnstone* and *George A. Lavelle* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.